GROVER E. ASMUS and JOSEPHINE K. ASMUS, complainants-respondents,

*v.*

ADOLPH E. ASMUS, individually and as surviving executor of the last will and testament of Ernst G. Asmus, deceased, et al., defendants-respondents, and EDWARD R. ASMUS, defendant-appellant.

[Argued February term, 1939. Decided April 21st, 1939.]

*Messrs. Huckin & Huckin (Mr. Thomas J. Huckin)*, for the defendant-appellant.

*Messrs. Wurts & Plympton (Mr. William H. Wurts)*, for the receiver.

*Messrs. Isaacs & Gunther,* for Adolph E. Asmus and estate of Ernst G. Asmus.

*Mr. John Warren,* for Grover E. Asmus and estate of Josephine M. Asmus.

PER CURIAM.

The appeal in this case is from an award of $6,500 as counsel fee, $731 as a search fee and $776.13 for survey, appraisal fees and incidental expenses.

We have carefully examined the pleadings and proofs, and although many properties were involved in the proceedings and the services of counsel were arduous we think the allowance of $6,500 excessive and that it should be reduced to $5,000.

In all other respects the decree is affirmed.

*For modification*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 13.